**Opinion issued July 2, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00676-CV

———————————

## IN THE INTEREST OF D.A.M., A CHILD

———————————

**On Appeal from the 253rd District Court**
**Chambers County, Texas**
**Trial Court Case No. 21-DCV-0572**

———————————

## MEMORANDUM OPINION

Appellants, Rick Smart and Alice Smart, have neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On October 11, 2023, appellants were notified

that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by November 10, 2023. *See* TEX. R. APP. P. 42.3(b), (c). Appellants did not adequately respond.

Further, appellants have not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On October 24, 2023, appellants were notified that this appeal was subject to dismissal if appellants did not submit written evidence that they had paid or made arrangements to pay the fee for the preparation of the clerk's record by November 27, 2023. *See* TEX. R. APP. P. 42.3(b), (c). Appellants did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.